UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:13-cv-21525-JIC

LESLIE REILLY, an individual,
on behalf of herself and all others similarly
situated,

    Plaintiff,

v.

AMY'S KITCHEN, INC.,
a California corporation,

    Defendant.
_____/

**UNOPPOSED MOTION FOR DOUGLAS J. BEHR TO WITHDRAW
AS COUNSEL OF RECORD FOR DEFENDANT AMY'S KITCHEN, INC.**

Defendant Amy's Kitchen, Inc. ("Defendant" or "Amy's Kitchen"), respectfully requests that Douglas J. Behr, Esquire, of Keller and Heckman LLP, be allowed to withdraw as counsel of record for Defendant in this matter, and as grounds therefore states as follows:

1. Amy's Kitchen has retained the law firm of Mayer Brown LLP to represent it in this matter. Counsel from Mayer Brown has been admitted *pro hac vice* for that purpose. Docket Entry No. 52.

2. Amy's Kitchen will no longer be represented in this matter by Douglas J. Behr or Keller and Heckman LLP.

3. Akerman LLP (f/k/a Akerman Senterfitt), and specifically Lawrence Silverman and Sandra Millor, will continue to act as local counsel for Amy's Kitchen.

4. Plaintiff Leslie Reilly does not object to the granting of this motion.

5. Based on the foregoing, the Court should grant this motion.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)

Plaintiff's counsel reviewed this Motion on November 18, 2013 and stated that he does not object to the relief requested herein.

WHEREFORE, Defendant Amy's Kitchen and its undersigned counsel, respectfully requests that the Court enter the attached order allowing Douglas J. Behr to withdraw as counsel of record for Amy's Kitchen in this matter.

Date:  November 19, 2013               Respectfully submitted,

                                       By: */s/ Sandra J. Millor*
                                           LAWRENCE SILVERMAN
                                           Florida Bar No. 7160
                                           lawrence.silverman@akerman.com
                                           SANDRA J. MILLOR
                                           Florida Bar No. 13742
                                           sandra.millor@akerman.com

                                           **AKERMAN LLP**
                                           (f/k/a Akerman Senterfitt)
                                           One S.E. Third Avenue — 25th Floor
                                           Miami, FL 33131-1714
                                           Tel: 305-374-5600
                                           Fax: 305-374-5095

                                                   -and -

                                           DALE J. GIALI (admitted *Pro Hac Vice*)
                                           California State Bar No. 150382
                                           DGiali@mayerbrown.com
                                           MICHAEL L. RESCH (admitted *Pro Hac Vice*)
                                           California State Bar No. 202909
                                           MResch@mayerbrown.com
                                           ANDREA M. WEISS (admitted *Pro Hac Vice*)
                                           California State Bar No. 252429
                                           AWeiss@mayerbrown.com

                                           **MAYER BROWN LLP**
                                           350 South Grand Avenue, 25th Floor
                                           Los Angeles, CA 90071
                                           Tel: 213-229-9500
                                           Fax: 213-625-0248

*-and -*

DOUGLAS J. BEHR
District of Columbia Bar No. 163998
Behr@khlaw.com
(admitted *pro hac vice*)

**KELLER AND HECKMAN LLP**
1001 G Street, N.W., Suite 500 West
Washington, D.C. 20001
Tel: 202-434-4213
Fax: 202-434-4646

*Attorneys for Defendant Amy's Kitchen, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF this 19th day of November 2013. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List via Notice of Electronic Filing generated by CM/ECF.

*/s/ Sandra J. Millor*
SANDRA J. MILLOR

**SERVICE LIST:**

Lance A. Harke, P.A.
Florida Bar No. 863599
lharke@harkeclasby.com

Sarah Clasby Engel, P.A.
Florida Bar No. 991030
sengel@harkeclasby.com

Howard M. Bushman, P.A.
Florida Bar No. 0364230
hbushman@harkeclasby.com

**HARKE CLASBY & BUSHMAN LLP**
9699 NE Second Avenue
Miami Shores, FL 33138
Telephone: (305) 536-8220
Facsimile: (305) 536-822

*Co-Counsel for Plaintiffs*