**FILED UNDER SEAL**

**EXHIBIT A**

# EXHIBIT B

Writer's Direct Access
**Douglas J. Behr**
(202) 434-4213
behr@khlaw.com

November 7, 2013

**Via FedEx**

Lance A. Harke, Esquire
Howard M. Bushman, Esquire
Harke, Clasby & Bushman LLP
9699 NE Second Avenue
Miami Shores, FL 33138

    Re:    **Leslie Reilly v. Amy's Kitchen, Inc.**
            **Case No. 1:13-cv-21525-JIC**

Gentlemen:

      Please see the enclosed DVD of our third production of records in response to Plaintiff's First Request for Production, which are marked Production Nos. AK00000897 to AK00011108. These documents cover the time period June 1, 2009 through April 30, 2013 and were first identified using the agreed upon search terms. All privileged documents have been withheld.

      We will continue to respond to Plaintiff's requests as the documents are received and reviewed.

      Please let us know if you have any questions.

                            Sincerely,

                            */s/ Douglas J. Behr*
                            Douglas J. Behr

Enclosure

# EXHIBIT C

MAYER·BROWN

Mayer Brown LLP
350 South Grand Avenue
25th Floor
Los Angeles, California 90071-1503

Main Tel +1 213 229 9500
Main Fax +1 213 625 0248
www.mayerbrown.com

Michael L. Resch
Direct Tel +1 213 229 9525
Direct Fax +1 213 576 8121
mresch@mayerbrown.com

November 27, 2013

**VIA E-MAIL & U.S. MAIL**

Lance Harke
Sarah Clasby Engel
Howard Bushman
Alison Harke
Harke Clasby & Bushman LLP
9699 NE Second Avenue
Miami Shores, FL 33138

Re: *Reilly v. Amy's Kitchen, Inc.*, S.D. Fla. Case No. 13-cv-21525-JIC – Inadvertent Disclosure of Privileged Information

Dear Counsel:

We recently discovered that documents bearing production numbers AK0009977-AK0010005 and AK0003113-AK0003141 (and any other copies of those documents in the production database), were inadvertently produced by Amy's Kitchen. Those documents were generated with the assistance of counsel, reflect attorney-client communication, contain information falling under the attorney work product doctrine, and are privileged from discovery.

Pursuant to Federal Rule of Civil Procedure 26(b)(5)(B), plaintiff "must promptly return, sequester, or destroy" the documents and any copies, and "take reasonable steps to retrieve" the documents if they were at all disclosed to others. Please notify us as soon as plaintiff has complied with FRCP 26(b)(5)(B). Thank you in advance for your prompt compliance.

Sincerely,

Michael L. Resch

cc: Lawrence Silverman, Esq.
Sandra Millor, Esq.

Mayer Brown LLP operates in combination with other Mayer Brown entities with offices in Europe and Asia and is associated with Tauil & Chequer Advogados, a Brazilian law partnership