UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:13-cv-21525-COHN-SELTZER

LESLIE REILLY, an individual,
on behalf of herself and all others similarly situated,

    Plaintiff,

v.

AMY'S KITCHEN, INC.,
a California corporation,

    Defendant.
_____/

FILED UNDER SEAL

Sealed

FILED by ____ D.C.
DEC 2 3 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA – MIAMI

## PLAINTIFF'S MOTION TO FILE EXHIBITS UNDER SEAL

Pursuant to Federal Rule of Civil Procedure 26(B)(5)(b), the Stipulated Confidentiality Agreement [D.E. 29] and Rule 5.4 of the Local Rules of the Southern District of Florida, Plaintiff requests that the Court accept for filing Composite Exhibit A to her Second Amended Motion for Determination of Claim of Privilege filed on today's date, attached hereto. Defendant has marked this Composite Exhibit as "Confidential" and is claiming that they are privileged documents that were inadvertently produced. Plaintiff respectfully requests that this exhibit remain sealed until the closing of this case, at which time it may be destroyed.

WHEREFORE, Plaintiff respectfully request that this Court accept Composite Exhibit A for filing under seal.

HARKE CLASBY
& BUSHMAN LLP

CASE NO.: 1:13-cv-21525-COHN-SELTZER

Respectfully submitted,

_____
Lance A. Harke, P.A.
Florida Bar No. 863599
lharke@harkeclasby.com
Howard M. Bushman, P.A.
Florida Bar No. 0364230
hbushman@harkeclasby.com
**HARKE CLASBY & BUSHMAN LLP**
9699 NE Second Avenue
Miami Shores, Florida 33138
Telephone: (305) 536-8220
Facsimile: (305) 536-8229

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via electronic mail to below counsel for Amy's Kitchen, Inc. on December 20th, 2013:

_____

### SERVICE LIST

| | |
|---|---|
| Dale J. Giali (*Pro Hac Vice*) | Lawrence Silverman, Esq. |
| California State Bar No. 150382 | Florida Bar No. 7160 |
| DGiali@mayerbrown.com | lawrence.silverman@akerman.com |
| Michael L. Resch (*Pro Hac Vice*) | Sandra J. Millor, Esq. |
| California State Bar No. 202909 | Florida Bar No. 13742 |
| MResch@mayerbrown.com | sandra.millor@akerman.com |
| Andrea M. Weiss (*Pro Hac Vice*) | **AKERMAN SENTERFITT** |
| California State Bar No. 252429 | One S.E. Third Avenue — 25th Floor |
| AWeiss@mayerbrown.com | Miami, FL 33131-1714 |
| **MAYER BROWN LLP** | Telephone: 305-374-5600 |
| 350 South Grand Avenue, 25th Floor | Facsimile: 305-374-5095 |
| Los Angeles, CA 90071 | *Attorneys for Defendant Amy's Kitchen, Inc.* |
| Tel: 213-229-9500 | |
| Fax: 213-625-0248 | |
| *Attorneys for Defendant Amy's Kitchen, Inc.* | |

HARKE CLASBY
& BUSHMAN LLP